PER CURIAM.
Affirmed. See Johnson v. State, 60 So.3d 1045 (Fla.2011); Brooks v. State, 969 So.2d 238 (Fla.2007); Betancourt v. State, 804 So.2d 313 (Fla.2001); Allen v. State, 599 So.2d 996 (Fla.1992); Hughes v. State, 22 So.3d 132 (Fla. 2d DCA 2009); Johnson v. State, 973 So.2d 1192 (Fla. 2d DCA 2008); Brown v. State, 827 So.2d 1054 (Fla. 2d DCA 2002); Cooper v. State, 800 So.2d 243 (Fla. 2d DCA 2001); Lee v. State, 648 So.2d 829 (Fla. 2d DCA 1995); Owens v. State, 626 So.2d 240 (Fla. 2d DCA 1993); Allen v. State, 976 So.2d 1189 (Fla. 5th DCA 2008); Knickerbocker v. State, 619 So.2d 18 (Fla. 1st DCA 1993).
KHOUZAM, SLEET, and LUCAS, JJ., Concur.